UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 23 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:14-CR-0258-APG-NJK |
| Plaintiff, ) | |
| vs. ) | |
| MOHAMMED HALAWEH ) | |
| Defendant. ) | |

## ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#4), sentencing held on November 16, 2011 in the Central District of California case number 2:10-cr-821. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: CA STATE BOARD OF EQUALIZATION
Amount of Restitution: $690,000.00

**Total Amount of Restitution ordered: $690,000.00**

Dated this 23rd day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE